```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


IN RE:                         )
                               )
STAGE DOOR DEVELOPMENT,        )
INC.,                          )
                               )
    Debtor.                    )
                               )
CITIZENS BANK and GULF         )
SOUTH COMMUNICATIONS,          )
                               )     CIVIL ACTION NO.
    Plaintiffs,                )        1:09cv727-MHT
                               )
    v.                         )
                               )
H. JACK MIZELL, et al.,        )
                               )
    Defendants.                )
```

ORDER

In their request for a telephonic status conference, movants Citizen Bank, Hand Arendall LLC, Henry Callaway, Roger Bates, Whit Armstrong, and Jimmy Baker asked that the court "enter an order, with appropriate references to recordation information, declaring the liens to be null and void." They also asked that "the order contain an admonition that any further attempts by anyone to

reinstate, assign, or otherwise continue the purported liens will be viewed as contempt of court."

It is therefore ORDERED that the request for telephonic status conference (doc. no. 29) is granted to the extent that the non-movants, including but not limited to H. Jack Mizell, show cause, if any there be, in writing by November 10, 2010, as to why the relief detailed above should not be granted.

In addition, the movants (Citizens Bank, et al.) are to forward a proposed order to the court's proposed order box by no later than November 10, 2010.

DONE, this the 29th day of October, 2009.

                                          /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**