IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS BANK, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 1:09-cv-727-MHT |
| | ) |
| STAGE DOOR DEVELOPMENT, INC., | ) |
| | ) |
|     Defendant. | ) |

ORDER AND FINAL JUDGMENT

This matter is before the Court on H. Jack Mizell's appeal of the U. S. Bankruptcy Court's report and recommendation that this Court enter an order again avoiding *ab initio* any liens or clouds on title caused by H. Jack Mizell and finding H. Jack Mizell guilty of criminal contempt of court and sentencing him to be incarcerated for a period of thirty days.

During a status conference on January 12, 2010, H. Jack Mizell agreed in open court to voluntarily and unequivocally release all claims of lien against the parties in this action and to not to take any action to reimpose the liens or create new liens. [Doc. 25.] Mr. Mizell subsequently took some actions to release liens in dispute, but the parties against whom the liens were filed have reported that the releases do not release the interest of the other alleged lienor and that Mr. Mizell had assigned the liens filed with the Alabama Secretary of State prior to releasing them. [Doc. 27.]

Based upon the evidence before the Court, it is hereby ORDERED:

    1.    The report of and recommendation of the United States Bankruptcy Judge is hereby adopted and affirmed in all respects, except that the thirty-day sentence of

incarceration is suspended conditioned on Mr. Mizell not making any further attempts to create, enforce or transfer fraudulent liens.

  2. The following liens filed by H. Jack Mizell and James Timothy Turner against the following persons are declared void *ab initio*:

A. William Carn, recorded in the Probate Court of Houston County, Alabama, at Miscellaneous Book 268, Page 68.

B. Gulf South Communications, recorded in the Circuit Court of Lauderdale County, Mississippi, as a foreign judgment, File No. 1016647.

C. Ronald W. Eubanks, recorded in the Probate Court of Houston County, Alabama, at Miscellaneous Book 268, Page 69.

D. Citizens Bank, recorded in the Probate Court of Coffee County, Alabama, at Book 472, Page 357.

E. Whit Armstrong, recorded in the Probate Court of Coffee County, Alabama, at Book 472, Page 356.

F. Jimmy H. Baker, recorded in the Probate Court of Montgomery County, Alabama, at PLPY Book 00100, Page 0072.

G. Hand Arendall LLC, recorded in the Probate Court of Mobile County, Alabama, at Book 6473, Page 1603.

H. Henry Callaway, III, recorded in the Probate Court of Mobile County, Alabama, at Book 6473, Page 1604.

I. Roger Bates, recorded in the Probate Court of Jefferson County, Alabama, at Book LR2008-13, Page 4405.

J. UCC Financing Statement Number B 08-07111483 filed in the Office of the Secretary of State of Alabama.

K. UCC Financing Statement Number B 08-07111607 filed in the Office of the Secretary of State of Alabama.

This order may be recorded or filed in the appropriate courts or other filing offices as notice of the invalidity of those liens. The Court further warns that any further attempts by anyone to

reinstate, assign, continue, or otherwise enforce in any way the above-described liens will be treated as contempt of court and dealt with appropriately.   This case is closed.

    DONE this the 24th day of January, 2011.

                                                           /s/ Myron H. Thompson
                                                          MYRON H. THOMPSON
                                                          United States District Judge